COLLIER *et al.* v. HOWARD.

ATKINSON, J. The motion for new trial contained only the general grounds. The verdict was supported by the evidence, and there was no error in overruling the motion.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    JANUARY 12, 1915.

Complaint for land. Before Judge Pendleton. Fulton superior court. November 24, 1913.

*C. B. Reynolds* and *Leo Sudderth,* for plaintiffs in error.
*Colquitt & Conyers,* contra.